## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Charles William Farr
Attorney at Law
1305 W. Causeway Approach #213
Mandeville LA 70471

**REHEARING ACTION: May 21, 2014**

**Docket Number: 13   01075-WCA**

**COREY LAMARTINIERE**
**VERSUS**
**BOISE CASCADE CORPORATION**

**Appealed from Office of Workers' Compensation - # 2 Case No. 07-07255**

<u>**BEFORE JUDGES**</u>:

    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Boise Cascade Corporation** has this day been

    **DENIED.**
    Conery, J., would grant the rehearing.

cc: Eugene A. Ledet, Jr., Counsel for the Appellee

Eugene A. Ledet, Jr.
Dalrymple & Ledet
P. O. Drawer 14440
Alexandria LA 71315

**REHEARING ACTION: May 21, 2014**

**Docket Number: 13   01075-WCA**

**COREY LAMARTINIERE
VERSUS
BOISE CASCADE CORPORATION**

**Appealed from Office of Workers' Compensation - # 2 Case No. 07-07255**

**<u>BEFORE JUDGES</u>:**

> **Hon. J. David Painter**
> **Hon. Phyllis M. Keaty**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Corey Lamartiniere** has this day been

> **DENIED.**

cc: Charles William Farr, Counsel for the Appellant